UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                **CASE NO: 2:11-CR-99-FtM-29SPC**

**EARL CARTER, JR.**

_____

### ORDER

This matter comes before the Court on Motion for Permission to Marry (Doc. #30) filed on March 1, 2012. The Defendant moves the Court for permission to marry his fiancé while incarcerated in the Glades County Jail. The Government does not take a position on the motion. The Court has considered the motion and will grant the relief requested as outlined below. Accordingly, it is now

**ORDERED:**

The Motion for Permission to Marry (Doc. #30) is **GRANTED**. The Defendant and his fiancé are responsible for the paperwork and costs relating to the marriage and are subject to the regulations imposed by the Glades County Jail.

**DONE AND ORDERED** at Fort Myers, Florida, this 2nd Day of March, 2012.

*[signature: Sheri Polster Chappell]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: Counsel of Record